1  BENJAMIN B. WAGNER
United States Attorney
2  DEANNA L. MARTINEZ
Assistant United States Attorney
3  United States Courthouse
2500 Tulare Street, Suite 4401
4  Fresno, California 93721
Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) 1:10-CV-00441-AWI-GSA
                                     )
12          Plaintiff,                ) **STIPULATED REQUEST TO CONTINUE**
                                     ) **SCHEDULING CONFERENCE AND**
13     v.                             ) **ORDER THEREON**
                                     )
14  APPROXIMATELY $16,367.00 IN U.S. )
    CURRENCY,                        )
15                                   )
            Defendant.                )
16  _____)

17       IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and

18  Claimants Jose Jimenez and Matilde Guzman, and their counsel of record, as follows:

19       Claimants Jose Jimenez and Matilde Guzman filed their claims and answers to the complaint

20  on March 30, 2010.  This matter is related to the criminal case *United States v. Ramon Contreras,*

21  *et al.*, 1:09-CR-00350-AWI and is currently pending a Status Conference on July 6, 2010 at 9:00

22  a.m. before Chief District Court Judge Anthony W. Ishii.  Accordingly, the parties request that the

23  Scheduling Conference scheduled for June 15, 2010 at 9:30 a.m. in Courtroom 10 before Magistrate

24  Judge Gary S. Austin be continued for an additional 60 days.

25  ///

26  ///

27  ///

28  ///

1  Accordingly, the parties request by this stipulation that the Scheduling Conference be
2  continued to July 15, 2010.

3  Respectfully submitted,

4  Dated: June 10, 2010

BENJAMIN B. WAGNER
United States Attorney

6   /s/ Deanna L. Martinez
DEANNA L. MARTINEZ
7  Assistant United States Attorney

8  Dated: June 10, 2010   /s/ Jon K. Renge
9  JON K. RENGE
Attorney for Claimants Jose Jimenez and
10  Matilde Guzman

## **ORDER**

IT IS HEREBY ORDERED that the Scheduling Conference be CONTINUED from June 15, 2010 to **July 19, 2010 at 10:00 a.m.** in Courtroom 10 before Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated: **June 13, 2010**    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE