BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CV-00441-AWI-GSA |
| Plaintiff, ) | **STIPULATION TO STAY CASE AND TO VACATE SCHEDULING CONFERENCE; ORDER THEREON** |
| v. ) | |
| APPROXIMATELY $16,367.00 IN U.S. CURRENCY, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Claimants Jose Jimenez and Matilde Guzman as follows:

1. Claimant Jose Jimenez is presently facing federal criminal charges in the Eastern District of California, *United States v. Ramon Contreras, et al.*, 1:09-CR-00350-AWI, allegedly relating to transactions or events which form the basis for this civil forfeiture action.

2. The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related criminal case and/or upon Claimant Jose Jimenez' right against self-incrimination in the related federal criminal case.

3. Publication of the civil forfeiture action is complete and to date only Jose Jimenez and Matilde Guzman filed claims and answers in this case. No other potential claimants have filed claims, answers, or otherwise appeared in this action.

///

1  THEREFORE, the parties to this action stipulate and request as follows:

2  1. Pursuant to 18 U.S.C. § 981(g), this action be stayed pending the conclusion of the federal criminal action presently pending against Jose Jimenez in the Eastern District of California;

3  2. The Scheduling Conference in the civil case scheduled for September 13, 2010, at 9:30 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin be vacated; and,

4  3. The parties are to promptly notify the Court when the criminal case resolves.

Dated: August 23, 2010
BENJAMIN B. WAGNER
United States Attorney

 /s/ Deanna L. Martinez
DEANNA L. MARTINEZ
Assistant United States Attorney

Dated: August 19, 2010
 /s/ Jon K. Renge
JON K. RENGE
Attorney for Claimants Jose Jimenez and Matilde Guzman
(Original signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

Dated:  **August 23, 2010**              /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

STIPULATED REQUEST TO CONTINUE SCHEDULING
CONFERENCE AND ORDER THEREON                    2