1  BENJAMIN B. WAGNER
United States Attorney
2  HEATHER MARDEL JONES
Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
Fresno, California 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for the United States

7

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  1:10-CV-00441-AWI-GSA
                                     )
12 |         Plaintiff,               )  **FINAL JUDGMENT OF FORFEITURE**
                                     )
13 |     v.                           )
                                     )
14 | APPROXIMATELY $16,367.00 IN U.S. )
   | CURRENCY,                        )
15 |                                  )
   |         Defendant.               )
16 | _____)

17  Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

18  1. This is a civil forfeiture action against the defendant approximately

19  $16,367.00 in U.S. Currency (hereafter "defendant currency") seized on or about

20  September 15, 2009.

21  2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on

22  March 11, 2010, alleging that said defendant currency is subject to forfeiture to the

23  United States of America pursuant to 21 U.S.C. § 881(a)(6).

24  3. On March 11, 2010, the Clerk issued a Warrant for Arrest for the

25  defendant currency. The warrant for the defendant currency was duly executed on

26  March 16, 2011.

27  4. Beginning on March 18, 2010, for at least 30 consecutive days, the United

28  States published notice of this action on the official government forfeiture site

www.forfeiture.gov.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

      a. Jose Jimenez

      b. Matilde Guzman

      c. Jon K. Renge, attorney

      d. John Kemper Jackson, attorney

6. Jose Jimenez and Matilde Guzman each filed a claim and answer in this action. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimants Jose Jimenez, Matilde Guzman, and all other potential claimants who have not filed claims in this action.

3. Upon entry of this Final Judgment of Forfeiture, $13,911.95 of the defendant approximately $16,367.00 in U.S. Currency, together with any interest that has accrued on the entire $16,367.00, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of this Final Judgment of Forfeiture, but no later than 45 days thereafter, $2,455.05 of the defendant approximately $16,367.00 in U.S. Currency shall be returned to claimants Jose Jimenez and Matilde Guzman through their attorney Jon K. Renge, 2100 Tulare Street, Suite 406, Fresno, California 93721, telephone (559) 444-0300.

5. That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are

1  released from any and all liability arising out of or in any way connected with the
2  seizure, arrest, or forfeiture of the defendant currency. This is a full and final release
3  applying to all unknown and unanticipated injuries, and/or damages arising out of said
4  seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties
5  waived the provisions of California Civil Code § 1542.

6      6.    That pursuant to the stipulation of the parties, and the allegations set
7  forth in the Complaint filed on March 11, 2010, the Court finds that there was
8  reasonable cause for arrest and seizure of the defendant currency, and for the
9  commencement and prosecution of this forfeiture action, and a Certificate of
10 Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

11     7.    All parties are to bear their own costs and attorneys fees.

12     8.    The U.S. District Court for the Eastern District of California, Hon.
13 Anthony W. Ishii, District Judge, shall retain jurisdiction to enforce the terms of this
14 Final Judgment of Forfeiture.

15
16                     <u>CERTIFICATE OF REASONABLE CAUSE</u>
17
18     Based upon the allegations set forth in the Complaint filed March 11, 2010, and
19 the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this
20 Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was
21 reasonable cause for the seizure or arrest of the defendant currency, and for the
22 commencement and prosecution of this forfeiture action.
23 IT IS SO ORDERED.
24
25 Dated:   September 12, 2011            _____
                                            CHIEF UNITED STATES DISTRICT JUDGE
26
27
28