BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CV-00441-AWI-GSA |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $16,367.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the defendant approximately $16,367.00 in U.S. Currency (hereafter "defendant currency") seized on or about September 15, 2009.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on March 11, 2010, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On March 11, 2010, the Clerk issued a Warrant for Arrest for the defendant currency. The warrant for the defendant currency was duly executed on March 16, 2011.

4. Beginning on March 18, 2010, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site

1 www.forfeiture.gov.

2  5. In addition to the public notice on the official internet government
3 forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the
4 following individuals:

5  a. Jose Jimenez

6  b. Matilde Guzman

7  c. Jon K. Renge, attorney

8  d. John Kemper Jackson, attorney

9  6. Jose Jimenez and Matilde Guzman each filed a claim and answer in this
10 action. No other parties have filed claims or answers in this matter, and the time in
11 which any person or entity may file a claim and answer has expired.

12  Based on the above findings, and the files and records of the Court, it is hereby
13 ORDERED AND ADJUDGED:

14  1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered
15 into by and between the parties to this action.

16  2. That judgment is hereby entered against claimants Jose Jimenez, Matilde
17 Guzman, and all other potential claimants who have not filed claims in this action.

18  3. Upon entry of this Final Judgment of Forfeiture, $13,911.95 of the
19 defendant approximately $16,367.00 in U.S. Currency, together with any interest that
20 has accrued on the entire $16,367.00, shall be forfeited to the United States pursuant
21 to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

22  4. Upon entry of this Final Judgment of Forfeiture, but no later than 45 days
23 thereafter, $2,455.05 of the defendant approximately $16,367.00 in U.S. Currency shall
24 be returned to claimants Jose Jimenez and Matilde Guzman through their attorney
25 Jon K. Renge, 2100 Tulare Street, Suite 406, Fresno, California 93721, telephone (559)
26 444-0300.

27  5. That the United States of America and its servants, agents, and
28 employees and all other public entities, their servants, agents, and employees, are

1  released from any and all liability arising out of or in any way connected with the
2  seizure, arrest, or forfeiture of the defendant currency. This is a full and final release
3  applying to all unknown and unanticipated injuries, and/or damages arising out of said
4  seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties
5  waived the provisions of California Civil Code § 1542.

6      6.   That pursuant to the stipulation of the parties, and the allegations set
7  forth in the Complaint filed on March 11, 2010, the Court finds that there was
8  reasonable cause for arrest and seizure of the defendant currency, and for the
9  commencement and prosecution of this forfeiture action, and a Certificate of
10 Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

11     7.   All parties are to bear their own costs and attorneys fees.

12     8.   The U.S. District Court for the Eastern District of California, Hon.
13 Anthony W. Ishii, District Judge, shall retain jurisdiction to enforce the terms of this
14 Final Judgment of Forfeiture.

15     SO ORDERED THIS 12 day of September, 2011.

                                          ANTHONY W. ISHII
                                          Chief United States District Judge

### CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed March 11, 2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

Dated: 9-12-11

                                          ANTHONY W. ISHII
                                          Chief United States District Judge